UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SOUTHEASTERN MARINE INCORPORATED
d/b/a TOW BOAT U.S.

vs. C.A. N0. 07-447ML

S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc., and
DAVID L. NEWTON

.

**CLERK'S ENTRY OF DEFAULT**
**as to Defendants S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc., and DAVID L. NEWTON, individually and as owner of S/V Headhunter**

It appearing from the records in this action that Summons has been served upon defendants, and it further appearing from the declaration of counsel for Plaintiff and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure that defendants have failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of Defendants S/V HEAD HUNTER and DAVID L. NEWTON hereby is entered.

Enter:
[signature]
Deputy Clerk

DATED: January 9, 2008

4