KNM:em 07-255

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SOUTHEASTERN MARINE INCORPORATED d/b/a TOW BOAT U.S. | : | |
| VS. | : | C.A. No. 2007-447ML |
| S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc. and DAVID L. NEWTON | : | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Now comes Plaintiff, Southeastern Marine Incorporated d/b/a Tow Boat U.S. and hereby requests that the Clerk of the Court enter a default judgment against Defendant, S/V Head Hunter, her engines, tackle, apparel, furnishings, equipment, etc., and David L. Newton, individually and as owner of S/V Head Hunter, as authorized by Federal Rule of Civil Procedure 55. As grounds for said motion, Plaintiff avers that Defendants did not answer or otherwise respond to Plaintiff's Complaint filed on or about December 5, 2007. Entry of Default was made by this Court on January 9, 2008. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities filed herewith.

Respectfully submitted,

Southeastern Marine Incorporated d/b/a
Tow Boat U.S.

By its Attorneys,

/s/ A. Lauriston Parks
A. Lauriston Parks, Esq. #0385
53 Narragansett Avenue
Jamestown, RI 02835
(401) 423-8900 – telephone
(401) 560-0186- fax
alp@alparks.net

/s/ Kelly N. Michels
James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 – telephone
(401) 521-7040 – fax
jtm@hansoncurran.com
knm@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 18th day of January, 2008, I delivered a copy of the foregoing *Motion for Entry of Default Judgment* to Carlos Taraktzian, Constable in order for him to personally serve David L. Newton aboard the S/V Head Hunter, located at Viking Marine in Westerly, RI..

/s/ Kelly N. Michels
of HANSON CURRAN LLP

KNM:em 07-255

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SOUTHEASTERN MARINE INCORPORATED d/b/a TOW BOAT U.S. | : | |
| VS. | : | C.A. No. 2007-447ML |
| S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc. and DAVID L. NEWTON | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Now comes Plaintiff, Southeastern Marine Incorporated d/b/a Tow Boat U.S. and hereby requests that the Clerk of the Court enter a default judgment against Defendant, S/V Head Hunter, her engines, tackle, apparel, furnishings, equipment, etc., and David L. Newton, individually and as owner of S/V Head Hunter, as authorized by Federal Rule of Civil Procedure 55. Plaintiff sets forth the following points in support of its motion:

***A. INTRODUCTION***

1. Plaintiff, Southeastern Marine Incorporated d/b/a Tow Boat U.S. is a business providing salvage services in and about the waters of Southern New England.

2. Defendants are S/V Head Hunter, her engines, tackle, apparel, furnishings, equipment, etc. and the owner of S/V Head Hunter, David L. Newton. Mr. Newton was sued individually and in his capacity as the owner of S/V Head Hunter (hereinafter "Defendant" or "Newton").

3. On December 5, 2007, Plaintiff filed its Complaint with the Court suing Defendant for the total costs of salvage services provided in connection with S/V Head Hunter on October 5, 2007.

4. On December 8, 2007, Defendant, David L. Newton, was served with a Summons and copy of Plaintiff's Complaint by personal service. Defendant was properly served under Federal Rule of Civil Procedure 4.

5. On January 9, 2008, the Clerk entered a default because Defendant did not file a responsive pleading or otherwise defend a suit. A copy of the Order for Entry of Default is attached as Exhibit "A".

6. Plaintiff now asks the Court to render a default judgment.

***B. ARGUMENT***

7. The Court may render a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit. See Fed. R. Civ. P. 55(a), (b)(2).

8. The Court should render a default judgment against Defendant, individually and as owner of S/V Head Hunter, because Defendant did not file an answer or other response within twenty (20) days after December 8, 2007, the date of service. Fed. R. Civ. P. 12(a)(1)(A).

9. Defendant is not in military service. 50 U.S.C. app. §521(b)(1). An affidavit of Defendant's Military Status is attached as Exhibit "B".

10. Plaintiff seeks liquidated damages in the amount of Twenty Five Thousand Seven Hundred Sixty and 00/100 ($25,760.00) Dollars, established by the Affidavit of Don Rich attached hereto as Exhibits "C".

## *C. CONCLUSION*

11. Wherefore, based upon the fact that Defendant was served by proper service of process on December 8, 2007, did not file answer within twenty (20) days after the date of service and a default has entered in favor of the Plaintiff, Plaintiff asks the Court to grant this motion and render a default judgment for the sum of Twenty Five Thousand Seven Hundred Sixty and 00/100 ($25,760.00) Dollars, plus costs of Court.

Respectfully submitted,

Southeastern Marine Incorporated d/b/a
Tow Boat U.S.

By its Attorneys,

/s/ A. Lauriston Parks

A. Lauriston Parks, Esq. #0385
53 Narragansett Avenue
Jamestown, RI 02835
(401) 423-8900 – telephone
(401) 560-0186- fax
alp@alparks.net

/s/ Kelly N. Michels

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 – telephone
(401) 521-7040 – fax
jtm@hansoncurran.com
knm@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 18th day of January, 2008, I delivered a copy of the foregoing *Memorandum in Support of Motion for Entry of Default Judgment* to Carlos Taraktzian, Constable in order for him to personally serve David L. Newton aboard the S/V Head Hunter, located at Viking Marine in Westerly, RI.

/s/ Kelly N. Michels
of HANSON CURRAN LLP