EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SOUTHEASTERN MARINE INCORPORATED d/b/a TOW BOAT U.S. | : | |
| VS. | : | C.A. No. 2007-447ML |
| S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc. and DAVID L. NEWTON | : | |

**AFFIDAVIT OF NON-MILITARY SERVICE**

A. Lauriston Parks, of North Kingstown, County of Washington, State of Rhode Island, being duly sworn and deposed as follows:

1. My name is A. Lauriston Parks. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. Defendant, David L. Newton, individually and owner of S/V Head Hunter, her engines, tackle, apparel, furnishings, equipment, etc, is not, to the best of my knowledge, a member of any branch of the Armed Forces of the United States of America and is not a person protected under the provisions of the Soldiers' and Sailors' Relief Act of 1940.

3. Defendant's address is 19 Margin Street, Westerly, Rhode Island 02891. Upon information and belief, Mr. Newton resides aboard the S/V Head Hunter located at

Viking Marina in Westerly, Rhode Island.

January 15, 2007
Date

A. Lauriston Parks, Esq. #0385

STATE OF RHODE ISLAND
NEWPORT COUNTY

Subscribed and sworn to before me this 15 day of January, 2008.

Mary E. Dutra
Notary Public #53868
Expiration Date: 9/2/08