EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SOUTHEASTERN MARINE :
INCORPORATED d/b/a TOW BOAT U.S. :
: VS.
: C.A. No. 2007-447ML
:
S/V HEAD HUNTER, her engines, tackle, :
apparel, furnishings, equipment, etc. and :
DAVID L. NEWTON :

**AFFIDAVIT OF DON RICH**

On this day, Don Rich appeared before me, the undersigned, notary public. After I administered an oath to him, he said:

1. My name is Don Rich. I am competent to make this affidavit. The facts stated in the affidavit are within my personal knowledge and are true and correct.

2. I am the President of Southeastern Marine Incorporated d/b/a Tow Boat U.S. (hereinafter "Tow Boat"), located in West Mystic, Connecticut.

3. At all times material hereto, Tow Boat., has been engaged in the business of providing salvage services and has maintained several vessels and extensive equipment for the purpose of salvaging vessels and their cargos in and about the waters of

Southern New England, including Rhode Island and Connecticut, such equipment including vessels built for and especially adapted to the salvage business.

4. At all times material hereto, Tow Boat, was and is a professional salvor.

5. On or about the early morning hours of October 5, 2007, a "Mayday" report was broadcast by Defendant, Newton and received by the U.S. Coast Guard and Tow Boat.

6. At the time of said report, Tow Boat launched a salvage vessel to respond to the "Mayday" call and proceeded to his location reported on the radio of the Watch Hill reef area in order to investigate.

7. While Tow Boat's salvage vessel was en route to Watch Hill, it discovered the distressed vessel, S/V Head Hunter, hard aground on "Seal Rocks" about 1.5 miles from the Watch Hill passage.

8. Under the circumstances, the action that was necessary to rescue and tow S/V Head Hunter to the safety to Viking Marina required a high degree of skill and was performed at considerable risk to life delivering salvage delivery. As a result Tow Boat's action, the S/V Head Hunter was safe to the benefit of her owner.

9. Tow Boat's salvage efforts on behalf of S/V Head Hunter were successful.

10. A full and complete copy of the Salvage Report I

authored is attached hereto as Exhibit "A".

10. Upon information and belief, the value of the S/V Head Hunter, her engines, tackle, apparel, furnishings, equipment, etc. and the condition saved amounted to $100,000, all of which was fully saved by reason of the salvage services rendered by Plaintiff.

11. As a result of the S/V Head Hunter hitting hard aground "Seal Rocks", the vessel sustained damage in the amount of $8,000

12. The compensation for salvage services is not regarded as merely pay on the principal of quantum meruit or of remuneration for labor, but as a reward given to perilous services, voluntarily rendered and is granted as an inducement to mariners to undertake such dangerous enterprises to save life and property. *Allseas Maritime, S.A. v. M/V Mimosa,* 812 F.2d 243, 1987 AMC 2515 (5th Cir. 1987).

13. In the case of the S/V Head Hunter my experience would lead me to believe that a salvage award in the neighborhood of 25 – 28% of the residual salved value of the vessel would be appropriate.

14. The residual salved value of the S/V Head Hunter is Ninety Two Thousand and 00/100 ($92,000.00) Dollars.

15. Therefore, the amount of just compensation claimed for the just and meritorious salvage services in connection with the S/V Head Hunter is 28% of the residual value, or Twenty Five Thousand Seven Hundred Sixty and 00/100 ($25,760.00) Dollars.

16. This affidavit is executed by affiant herein in accordance with Fed. R. Civ. P. 55(a) for the purpose of enabling the Plaintiff to obtain a Default Judgment against the Defendant for failure to plead or otherwise defend as to Plaintiff's Complaint.

Don Rich

STATE OF ARIZONA
Yavapai COUNTY

Subscribed and sworn to before me this 14th day of January, 2008.

SHAWN STRYKER
Notary Public - Arizona
Yavapai County
My Commission Expires
April 24, 2009