TowBoatU.S.

Post Office Box 116 • West Mystic, CT 06388

OPERATIONS 860-536-3128 FAX 860-536-2484

Salvage / Recovery of
S/V Head Hunter

EXHIBIT
A

**Date of Incident:** Friday, October 5, 2007
At approximately 1:48 AM

**Place of Incident:** This vessel grounded on a open ocean reef known as "Seal Rocks" , Stonington, CT
Lat. 41-17-74 x Longitude, 071-55-66

**Tide & Weather:** Early morning hours, Light winds, heavy incoming tide flow, High tide was scheduled for 4:25 AM

**Owner:** Mr. David L. Newton, 19 Margin St. PO Box 222
Westerly, RI 02891

**Description of Vessel:** 1988, 47-ft, Hunter sailboat, Draft 6-ft 8 inches, Official number RI -0086 -U

**Summary:** On the above date and time, the above sailboat's operator had anchored for the night due to heavy fog in the area. During the early morning hours the anchor broke fee in the heavy incoming tide and the boat crashed onto "Seal Rocks".
(See enclosed nautical charts an photographs)

The operator called "Mayday" several times requesting assistance in removing his vessel from the rocks.

The US Coast Guard in several locations answered the "Mayday" call and attempted to get an exact location, finally settling on the Watch Hill Reef area.

TowBOAT US dispatched a modern 2007 salvage vessel to the scene, at 2:00 AM.

While enroute to Watch Hill it discovered the distressed vessel actually aground on "Seal Rocks" about 1.5 miles from the Watch Hill Passage area at 2:20 AM.

The casualty was found hard aground and working on the reef . TowBOAT US # 7 was able to negotiate into the dangerous reef and was itself caught in the heavy current and slammed alongside the casualty.

A towing bridle and tow line was rigged onto the casualty, then TowBOAT US was able to break away from the grounded boat and back out and away from the reef into deeper safer waters.

A steady strain was applied to the tow line. The vessel was turned towards deeper water and eventually pulled free having to be dragged over several rocks before she was freed. The vessel's rudder was damaged which caused the boat to steer hard to the port side.

To validate a salvage claim, three elements are necessary:
1. There must have been **marine peril** (broadly defined).
2. The salvage services rendered must have been **voluntary**.
3. The services rendered must have been **successful** in whole or in part

In taking the above action our company acted voluntarily and succeeded in the rescue of the 47-ft sailing vessel from its situation of actual peril. The vessel retained most of her value after the salvage services were rendered.

It does not require extensive seagoing experience or contemplation to consider that so long as a modern fiberglass vessel remains on rocks, in such a hapless situation and without further assistance, she is subject to further hazards and eventual hull penetration on the open water reef

The compensation for salvage services is not regarded as merely pay on the principal of "Quantum Meruit or of remuneration for labor", but as a reward given for "perilous services", voluntarily rendered and is granted as an inducement to mariners to undertake such dangerous enterprises to save life and property.

The following elements are usually considered in determining the fairness of the salvage payment.

1. The salved value of the vessel and other property; **
2. The skill and efforts of the salvors in preventing or minimizing damage to the environment; **
3. The measure of success obtained by the salvor; **
4. The skill and the efforts of the salvor(s) in salving the vessel, other property and life; **
5. The time used, expenses and losses incurred by the salvors; **
6. The risk of liability and other risks run by the salvors or their equipment; *
7. The promptness of the services rendered; **
8. The availability and the use of vessels or other equipment intended for salvage operations; **
9. The state of readiness and efficiency of the salvors equipment and the value thereof; * *

** The International Convention on Salvage 1989 as Ratified by the Congress of the United States .

Public policy has long mandated liberal salvage payments to encourage the rendering of salvage services. In the case of the "47-ft Hunter" the labor expended by the salvor was not unusually great, about 3.5 hours portal to portal.

1. The salved value of the "47-ft Hunter" is computed thusly: to be determined at a later time.

2. Actions taken by the salvor certainly minimized any damages to the environment. The vessel carried petroleum products in her fuel tanks; heavy engine lubricating oils plus other lubricants and batteries that were on-board the casualty.

3. The degree of danger from which the 47-ft Hunter was rescued was significant. Certainly a large modern fiberglass vessel stranded on rocks, exposed to the tides, waves and wakes of passing vessels, could anticipate that further damages were likely.

The vessel was being driven further aground in the heavy incoming tide and with its draft of 6-ft 8 in. had no chance of freeing herself on this dangerous reef.

In fact the captain that was on board said several times that he thought that the boat was breaking up while he was working on the reef.

4 & 5 As a result of the efforts and the skills of the salvage company, the rescue was performed quickly and efficiently and with no further damages to the casualty or without injury or damages to the salvage personnel or its equipment.

6. Our actual exposure to liability issues is unknown at this time. The time used and losses suffered by the salvor are not unusually great. As soon as TowBOAT US committed to this salvage, it became legally responsible for the vessel's care and custody and to exercise due care to prevent or minimize damage to the environment.

7. The replacement value of the salvors vessel employed in the salvage exceeds $150,000.00. The danger to which Towboat US # 7 was exposed was significant. The towing/salvage vessel was at risk of grounding itself on the reef, damaging its customized 4 bladed stainless steel propeller or "tripped/overturned" during the attempts to free the casualty from the reef.

Our fully found salvage vessel immediately responded to the "Mayday" request for assistance from the stranded vessel.

8. All the assistance available to ensure a successful extraction from the reef could have been mobilized, as the law requires.

9. The state of readiness and efficiency of TowBOAT US's equipment (Vessel, de-watering pumps, diving and patching materials), the experience and training of the operator were at the highest state of readiness.

TowBoat US, Mystic has removed dozens of vessels of all sizes and values both sail and power from rocks in this immediate area in the past 20 years. Some have been constructive total losses, some have sustained serious damages and other have been recovered with relatively light damages.

The "Head Hunter" was incredibly lucky to have been extracted from these rocks with only moderate damages.

Based on the proceeding, TowBOAT US Mystic is submitting a claim for salvage services rendered to the 47-ft Hunter named "Head Hunter".

I am sure that TowBOAT U.S. Mystic, CT as it has in the past, can negotiate a salvage award that is both fair and equitable to both parties

Enclosures:
Photographs
Charts

Report submitted by
Don Rich
President

# FREE BOATING CHARTS

MAPTECH



ENTER CITY OR PLACE NAME

SELECT STATE Go!

OR ENTER ZIP CODE Go!

Latitude

Longitude

Coordinates DMS

**To see chart coverage outlines on map,**

**please check "Select" boxes in the download list below.**




Click To Zoom | 1:40,000 Scale | 50% Zoom | Go!

POWERED BY MAPTECH

| **Download Selected Charts** | | | **Download Instructions** |
|---|---|---|---|
| Select For Download: | Scale: | File Name: | Map Name: |
| ☐ **Select All** | | | |
| ☐ **Select** | 1:20000 | 13214_1.KAP | FISHERS ISLAND SOUND |
| ☐ **Select** | 1:40000 | 12372_1.KAP | LONG ISLAND SOUND - RI CONN |
| ☐ **Select** | 1:80000 | 13205_1.KAP | BLOCK ISLAND SOUND AND APPROACHES |
| ☐ **Select** | 1:400000 | 12300_1.KAP | NY APPROACHES - NANTUCKET SHOALS TO FIVE FATHOM BANK |
| ☐ **Select** | 1:675000 | 13006_1.KAP | WEST QUODDY HEAD TO NEW YORK-EAST COAST |
| ☐ **Select** | 1:1058400 | 5161_1.KAP | PLOTTING SHEET NEWPORT TO BERMUDA |
| ☐ **Select** | 1:1200000 | 13003_1.KAP | CAPE SABLE TO CAPE HATTERAS |
| ☐ **Select** | 1:1500000 | 14500_1.KAP | GENERAL CHART OF THE GREAT LAKES |
| **Download Selected Charts** | | | |

Technical Support | Free Boating Charts Home