**PROOF OF SERVICE:**

1-19-08 — C/o Viking Marina 19 Mergen ST Westerly RI 02891

DATE PLACE

**SERVED**

David L Newton — Personal

SERVED ON (PRINT NAME) MANNER OF SERVICE

Constable # 6151

SERVED BY (PRINT NAME) Anthony Marcello Sr. TITLE

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that I personally served a copy of the Motion for Entry of Default Judgment upon David L. Newton and that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1-19-08

DATE SIGNATURE OF SERVER

ADDRESS OF SERVER

Constable # 6151
Anthony Marcello Sr.

1/20/08