No response (due 2/11)

KNM:em 07-255

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SOUTHEASTERN MARINE INCORPORATED d/b/a TOW BOAT U.S. | : | |
| VS. | : | C.A. No. 2007-447ML |
| S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc. and DAVID L. NEWTON | : | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Now comes Plaintiff, Southeastern Marine Incorporated d/b/a Tow Boat U.S. and hereby requests that the Clerk of the Court enter a default judgment against Defendant, S/V Head Hunter, her engines, tackle, apparel, furnishings, equipment, etc., and David L. Newton, individually and as owner of S/V Head Hunter, as authorized by Federal Rule of Civil Procedure 55. As grounds for said motion, Plaintiff avers that Defendants did not answer or otherwise respond to Plaintiff's Complaint filed on or about December 5, 2007. Entry of Default was made by this Court on January 9, 2008. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities filed herewith.

Granted.
Mary M. Lisi
USDJ 2/14/08

Respectfully submitted,

Southeastern Marine Incorporated d/b/a
Tow Boat U.S.

By its Attorneys,

/s/ A. Lauriston Parks
A. Lauriston Parks, Esq. #0385
53 Narragansett Avenue
Jamestown, RI 02835
(401) 423-8900 – telephone
(401) 560-0186- fax
alp@alparks.net

/s/ Kelly N. Michels
James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 – telephone
(401) 521-7040 – fax
jtm@hansoncurran.com
knm@hansoncurran.com

**PROOF OF SERVICE**

I hereby certify that on this 18th day of January, 2008, I delivered a copy of the foregoing *Motion for Entry of Default Judgment* to Carlos Taraktzian, Constable in order for him to personally serve David L. Newton aboard the S/V Head Hunter, located at Viking Marine in Westerly, RI..

/s/ Kelly N. Michels
of HANSON CURRAN LLP