KNM:em 07-255

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SOUTHEASTERN MARINE INCORPORATED d/b/a TOW BOAT U.S. | : | |
| VS. | : | C.A. No. 2007-447ML |
| S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc. and DAVID L. NEWTON | : | |

**FINAL JUDGMENT**

On February 14, 2008, the Court considered Plaintiff, Southeastern Marine Incorporated d/b/a Tow Boat U.S., Motion for Default Judgment against the Defendant, S/V Head Hunter, her engines, tackle, apparel, furnishings, equipment, etc., and David L. Newton, individually and as owner of S/V Head Hunter. The Clerk of the Court entered default on January 9, 2008. After considering the Court's file, proof of service and the grounds for dismissal, the Court granted the Motion for a Default Judgment on February 14, 2008 and renders judgment as follows:

1. That the Plaintiff, Southeastern Marine Incorporated d/b/a Tow Boat U.S., recover from the Defendant, as above, the sum of $25,760.00, with interest thereon a rate of 12% per annum, as provided by law and the Plaintiff's cost of this action.
2. Plaintiff filed its action on December 5, 2007. Therefore, interest amounts to $515.20.

3. Costs, including the filing of the complaint ($350); service of process on Mr. Newton ($30) and personal service of the motion to enter default judgment ($45) amount to at total of $425.00.

THEREFORE, Final Judgment will enter in the amount of $26,700.20.

**ENTERED:**

Mary M. Lisi
Lisi, J. 2/19/08

**PER ORDER:**

Barbara Barletta
Clerk

Dated:

Southeastern Marine Incorporated d/b/a
Tow Boat U.S.

By its Attorneys,
/s/ A. Lauriston Parks
A. Lauriston Parks, Esq. #0385
53 Narragansett Avenue
Jamestown, RI 02835
(401) 423-8900 – telephone
(401) 560-0186- fax
alp@alparks.net

/s/ Kelly N. Michels
James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 – telephone
(401) 521-7040 – fax
jtm@hansoncurran.com
knm@hansoncurran.com