# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CA. 2007-447 ML

## The President of the United States of America

*To the Marshal of the United States for the District of Rhode Island, or his Deputy,*

*GREETING: WE COMMAND YOU to attach the goods, chattels and real estate of*

David L Newton
(NAME)

c/o Viking Marine, 19 Martin St, Westerly, RI 02891
(ADDRESS))

*and them in safe custody keep; and also to attach the personal estate of the said*

David L Newton
(NAME)

*in the hands or possession of* Washington Trust Company
(NAME)

*of* 23 Broad Street, Westerly, RI
(ADDRESS)

*as the Trustee of said* David L Newton
(NAME)

*and also attach his stock or shares in any banking association or incorporated company to the*

*value of* $26,700.20 *dollars;*
(AMOUNT OF PLAINTIFF'S DEMAND FOR JUDGMENT TOGETHER WITH REASONABLE ALLOWANCE FOR INTEREST AND COSTS)

*as demanded by* Southeastern Marine Incorporated d/b/a Tow Boat U.S.
(NAME)

*of* P.O. Box 116, West Mystic, CT 06388
(ADDRESS)

*in an Action commenced by a Complaint filed with said Court on* December 5, 2007
(DATE OF COMMENCEMENT OF THE ACTION)

*at our U.S. District Court at Providence within and for the District of Rhode Island, and make due return of this Writ with your doings thereon.*

*You are commanded to serve said party with a copy of this Writ of Attachment and of the return of service thereof (when summons and complaint are served upon said Defendant in an action in connection with which said attachment is made).* *

*WITNESS, the Hon.* Lisi *Judge of said Court, at Providence,*
*this* 21st *day of* March, *A.D.* 2008

Deputy Clerk

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

* *MATTER IN BRACKETS NOT APPLICABLE WHEN THIS IS A SUBSEQUENT ATTACHMENT.*

# WRIT OF ATTACHMENT

## CIVIL ACTION

**File # CA.** 2007-447 ML

Southeastern Marine Incorporate d/b/a Tow Boat U.S.

Plaintiff(s)

v.

S/N HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc., and DAVID L. NEWTON

Defendant(s)

Jacquelyn L Mongeau
Attorney for Plaintiff(s)

I, attorney for Southeastern Marine Incorporated d/b/a Tow Boat U.S., Plaintiff named in the within Writ, make affidavit and say that Southeastern Marine Incorporated d/b/a Tow Boat U.S.A

ha.S a just claim against the Defendant, David L. Newton

named in said Writ that is due, upon which it ~~he~~ expects to recover in said action a sum sufficient to give jurisdiction to the Court tow which said Writ is returnable.

Jacquelyn L Mongeau

Subscribed and sworn to at Hanson Curran LLP in the County of Providence this 21st day of March A.D. 2008.

Before me,
Kelly N. Michels
Notary Public

KELLY N. MICHELS
NOTARY PUBLIC
STATE OF RHODE ISLAND
My Commission Expires June 6, 2011