JLM:em 07-255

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SOUTHEASTERN MARINE INCORPORATED d/b/a TOW BOAT U.S. | : | |
| VS. | : | C.A. No. 2007-447ML |
| S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc. and DAVID L. NEWTON | : | |

**MOTION FOR WRIT OF TRUSTEE PROCESS AND ATTACHMENT**

Now comes plaintiff, Southeastern Marine Incorporated, d/b/a Tow Boats U.S., and moves for a writ of trust process and attachment of the bank account(s) of the defendant, David L. Newton, including any and all Trust, Investments, Savings and Checking accounts, held at Citizen's Bank in Providence, Rhode Island. The plaintiff in this case seeks to collect on a judgment obtained on February 14, 2008. The judgment amount is $25,760, plus interest at twelve percent per annum, totaling $515.20. Costs amount to $425. Accordingly, the total amount to be attached and collected is $26,700.20. Prior to this motion, $14,634.13 in funds have been attached through other sources. Accordingly, the total amount to be attached and collected from Citizen's Bank is **$12,066.07.**

Plaintiff, Southeastern Marine Incorporated,
By its Attorneys,

HANSON CURRAN, LLP

/s/ Kelly Michels
Kelly N. Michels, Esq. #6478
James T. Murphy, Esq. #1698
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 – telephone
(401) 521-7040 – facsimile

**PROOF OF SERVICE**

I hereby certify that on this 26th day of March, 2008, I served the within motion by mailing a copy of same to **David L. Newton,** c/o Viking Marine, 19 Martin Street, Westerly, Rhode Island 02891.

/s/ Kelly Michels
Kelly N. Michels, Esq. #6478