THE WASHINGTON TRUST Company

STATE OF RHODE ISLAND
UNITED STATES DISTRICT COURT
PROVIDENCE, RI

Southeastern Marine Inc. d/b/a/ Tow Boats U.S.
vs. } C.A. 2007-447ML
}
S/V Head Hunter and David L. Newton

TRUSTEE'S ACCOUNT
PURSUANT TO R.I.G.L. 10-17-2

Now comes The Washington Trust Company, acting herein by and through its proper agent, duly authorized, and submits its Account in accord with R.I.G.L 10-17-2 and in response to a certain Writ of Attachment, issued from this Honorable Court, and served upon this trustee on or about March 24th, 2008 as follows:

1. The records of the Bank reflect the following depository account in its hands in the name of defendant, S/V Head Hunter and David L. Newton.

Account# [redacted] Presidential Select

2. Said account has been held to the extent of the sum of $14,634.13 representing demand in the amount of $26,700.20 .

3. The Bank shall continue to hold such sum pending further action of this Honorable Court or release by Plaintiff or its attorney of record.

THE WASHINGTON TRUST COMPANY

by Betty C. Lucci
its

Subscribed and sworn to before me in Westerly, Rhode Island this 25th day of March, 2008.

Valerie Eastwood, Notary Public
Notary Public

Certification

I hereby certify that a true copy of the foregoing Trustee's Account was mailed to A. Lauriston Parks, Esq. 53 Narragansett Ave., Jamestown , RI and Hanson Curan LLP, 146 Westminster St., Providence, RI on March 25th, 2008.

Elaine Fiore
Elaine Fiore – Deposit Operations