JLM 07-255

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SOUTHEASTERN MARINE :
INCORPORATED d/b/a TOW BOAT U.S. :
:
VS. : C.A. No. 2007-447ML
:
S/V HEAD HUNTER, her engines, tackle, :
apparel, furnishings, equipment, etc. and :
DAVID L. NEWTON :

**ORDER GRANTING WRIT**
**OF TRUSTEE PROCESS AND ATTACHMENT**

This matter came before the Honorable Mary M. Lisi, Chief Judge, on April 15, 2008, on plaintiff's motion for writ of trust process and attachment of the bank account(s) of the defendant, David L. Newton, including any and all Trust, Investments, Savings and Checking accounts, held at Citizen's Bank in Providence, Rhode Island, to collect on a judgment obtained on February 14, 2008. The judgment amount is $25,760, plus interest at twelve percent per annum, totaling $515.20. Costs amount to $425. Accordingly, the total amount to be attached and collected is $26,700.20. Prior to this motion, $14,634.13 in funds have been attached through other sources. Accordingly, the total amount sought to be attached and collected from Citizen's Bank is **$12,066.07.** After consideration thereof, it is hereby ORDERED:

The plaintiff's motion for writ of trustee process and attachment is granted. Plaintiff may attach the account(s) of defendant, David L. Newton, including any Trust,

Investments, Savings and Checking accounts, held at Citizen's Bank in Providence, Rhode Island in the amount of **$12,066.07.**

BY ORDER: ENTER:

Barbara Barletta ____ Mary M. Lisi US DJ 4/15/08

*Submitted by:*

/s/ Kelly N. Michels
Kelly N. Michels, Esq. (#6478)
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154 - telephone
(401) 521-7040 – fax
E-mail: knm@hansoncurran.com
*Attorney for Plaintiff,*
*Southeastern Marine Incorporated*
*d/b/a Tow Boat U.S.*

**PROOF OF SERVICE**

I hereby certify that on this 26th day of March, 2008, I served the within motion by mailing a copy of same to **David L. Newton,** c/o Viking Marine, 19 Martin Street, Westerly, Rhode Island 02891.

/s/ Kelly Michels
of Hanson Curran LLP