**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
2008 APR 21 A 9:34
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

| PLAINTIFF | COURT CASE NUMBER |
| --- | --- |
| Southeastern Marine Incorporated, d/b/a Tow Boat U.S. | C.A. 2007-447 ML |
| DEFENDANT | TYPE OF PROCESS |
| S/V Head Hunter, et al. | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Citizens Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1 Citizens Plaza, Providence, RI 02903

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

| | |
| --- | --- |
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | no |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

The office is open 8:30 a.m. - 4:00 p.m. Monday-Thursday, and 8:30 a.m. - 5:00 p.m. Friday.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
| --- | --- | --- | --- |
| Jacquelyn L Mauguin | [X] PLAINTIFF [ ] DEFENDANT | (401) 421-2154 | 4/18/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
| --- | --- | --- | --- | --- | --- |
| | 2 | No. 070 | No. 070 | [signature] | 4/21/08 |

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Erin Valcourt (Asst. Manager)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 4/22/08 Time: 12 40 [ ] am [X] pm

Signature of U.S. Marshal or Deputy: [signature] Robert J Young

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
| --- | --- | --- | --- | --- | --- |
| 45.00 | Walked | | 45.00 | $175.00 | ~~$0.00~~ Refund 130.00 |

REMARKS:

1 Crd .5 hrs no miles 1 DUSM

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

C.A.No. 2007-447

DC 11
Rev. 7/82

# WRITE OF EXECUTION

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF: the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME David L. Newton

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $12,066.07 | and | |

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE Citizen's Bank | DISTRICT Rhode Island |
|---|---|
| CITY Providence, RI | DATE ~~4/18/08~~ 7/18/08 |

Witness the Honorable Chief Judge Lisi
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 4-18-08 | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 4/21/08 | 4/22/08 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| Burton Stallwood | Robert [signature] Young |

07-255

Case 1:07-cv-00447-ML-DLM Document 7 Filed 02/19/2008 Page 1 of 2

KNM:em 07-255

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SOUTHEASTERN MARINE INCORPORATED d/b/a TOW BOAT U.S. | : | |
| VS. | : | C.A. No. 2007-447ML |
| S/V HEAD HUNTER, her engines, tackle, apparel, furnishings, equipment, etc. and DAVID L. NEWTON | : | |

**FINAL JUDGMENT**

On February 14, 2008, the Court considered Plaintiff, Southeastern Marine Incorporated d/b/a Tow Boat U.S., Motion for Default Judgment against the Defendant, S/V Head Hunter, her engines, tackle, apparel, furnishings, equipment, etc., and David L. Newton, individually and as owner of S/V Head Hunter. The Clerk of the Court entered default on January 9, 2008. After considering the Court's file, proof of service and the grounds for dismissal, the Court granted the Motion for a Default Judgment on February 14, 2008 and renders judgment as follows:

1. That the Plaintiff, Southeastern Marine Incorporated d/b/a Tow Boat U.S., recover from the Defendant, as above, the sum of $25,760.00, with interest thereon a rate of 12% per annum, as provided by law and the Plaintiff's cost of this action.
2. Plaintiff filed its action on December 5, 2007. Therefore, interest amounts to $515.20.

Attest to True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

3. Costs, including the filing of the complaint ($350); service of process on Mr. Newton ($30) and personal service of the motion to enter default judgment ($45) amount to at total of $425.00.

THEREFORE, Final Judgment will enter in the amount of $26,700.20.

**ENTERED:**

Mary M. Lisi
Lisi, J. 2/19/08

**PER ORDER:**

Barbara Barletta
Clerk

Dated:

Southeastern Marine Incorporated d/b/a
Tow Boat U.S.

By its Attorneys,
/s/ A. Lauriston Parks
A. Lauriston Parks, Esq. #0385
53 Narragansett Avenue
Jamestown, RI 02835
(401) 423-8900 – telephone
(401) 560-0186- fax
alp@alparks.net

/s/ Kelly N. Michels
James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 – telephone
(401) 521-7040 – fax
jtm@hansoncurran.com
knm@hansoncurran.com