07-255

# State of Rhode Island

COUNTY OF PROVIDENCE 2007-447 ML

In the Court of the Sixth Judicial District.

In the case of

SOUTHEASTERN MARINE INCORPORATED d/b/a TOW BOAT U.S, Plaintiff

Against

S/V HEAD HUNTER/ DAVID L. NEWTON, Defendant.

I, Teria Pitts of the City of EAST PROVIDENCE in said County, on oath, make affidavit and say that I am A LEGAL DOCUMENTATION CLERK AT CITIZENS BANK OF_RHODE ISLAND.

That at the time of the service on me of a copy of the Writ in said case for the purpose of attaching the personal estate of the said defendant in The hands and possession of said CITIZENS BANK OF RHODE ISLAND.

There was in THE hands and the possession of said CITIZENS BANK OF RHODE ISLAND of the personal estate belonging to said Defendant the sum of **Zero 00/100** and no more either directly or indirectly.

Subscribed and sworn to before me, in the Commonwealth Of Pennsylvania, City of Pittsburgh, County of Allegheny on the 29TH day of April A.D. 2008.

[signature] [signature]

*Justice of the Peace.* 4-29-08

*Notary Public.*

COMMONWEALTH OF PENNSYLVANIA

Notarial Seal
Shanekka Harris, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 27, 2008

Member, Pennsylvania Association Of Notaries